# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DARRYL ANDREW GRIMMER

NO. 2019 KW 1417

**NOV 2 5 2019**

---

In Re:   Darryl Andrew Grimmer, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 32110.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

    **WRIT DENIED.** The record of the Clerk of Court of Livingston Parish reflects the district court is proceeding toward disposition of relator's application for postconviction relief.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT